B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Nacabi Trading Inc.**                                                                                                  Case No.    11-32325-PGH
                                                                                Debtor(s)                                         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alex Displays Company Inc.**<br>401 North Leavitt Street<br>Chicago, IL 60612 | **Alex Displays Company Inc.**<br>401 North Leavitt Street<br>Chicago, IL 60612 | **Trade show booths** | | 17,730.00 |
| **Avalon Risk Management**<br>150 Northwest Blvd.<br>4th Floor<br>Elk Grove Village, IL 60007 | **Avalon Risk Management**<br>150 Northwest Blvd.<br>4th Floor<br>Elk Grove Village, IL 60007 | **Trade debt: U.S. customs** | | 55,865.36 |
| **Cotton Knit S.A.C.**<br>Calle Santa Sofia No. 165<br>171 Urb Industrial La Aurora<br>Ate lima 3, PERU | **Cotton Knit S.A.C.**<br>Calle Santa Sofia No. 165<br>171 Urb Industrial La Aurora | **Trade debt** | | 130,086.37 |
| **Fedex**<br>Fedex Corp. Revenue Services<br>3965 Airways<br>Module G<br>Memphis, TN 38116 | **Fedex**<br>Fedex Corp. Revenue Services<br>3965 Airways<br>Memphis, TN 38116 | **Trade debt** | | 38,684.31 |
| **Golden Stone Garments, Inc.**<br>Bldg 5204, Liliy Hill Rd.<br>Corner Gil Puyat Ave.<br>Clarkfield Angeles City,<br>Pampanga, PH | **Golden Stone Garments, Inc.**<br>Bldg 5204, Liliy Hill Rd.<br>Corner Gil Puyat Ave. | **Trade debt** | | 10,618.51 |
| **Henan Artex Company Ltd.**<br>No. 8 Zhenhua Rd.<br>Zhengzou, Henan CHINA | **Henan Artex Company Ltd.**<br>No. 8 Zhenhua Rd.<br>Zhengzou, Henan CHINA | **Trade debt** | **Disputed** | 69,984.26 |
| **Imperial Headwear**<br>17101 East Ohio Dr.<br>Aurora, CO 80017 | **Imperial Headwear**<br>17101 East Ohio Dr.<br>Aurora, CO 80017 | **Trade debt** | | 63,248.73 |
| **L'Action Sports MFG CO LTD.**<br>R#305 3rd Floor, No. 148<br>Sec 4, Ching Hsiao Rd.<br>Taipei, TAIWAN | **L'Action Sports MFG CO LTD.**<br>R#305 3rd Floor, No. 148<br>Sec 4, Ching Hsiao Rd. | **Trade debt** | | 23,876.05 |
| **Liner Grode Stein**<br>1100 Glendon Ave.<br>Los Angeles, CA 90024-3503 | **Liner Grode Stein**<br>1100 Glendon Ave.<br>Los Angeles, CA 90024-3503 | **Legal work** | | 10,125.52 |

B4 (Official Form 4) (12/07) - Cont.

In re **Nacabi Trading Inc.**
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Magnicon Resources** 4th Floor, No. 65 Sec 2 Chen Kuo North Road Taipei, TAIWAN, 10479 R.O.C. | **Magincon Resources** 4th Floor, No. 65 Sec 2 Chen Kuo North Road | Trade debt | | **46,053.79** |
| **MVP Textiles & Apparel Inc.** 1031 Le Grand Blvd. Charleston, SC 29492 | **MVP Textiles & Apparel Inc.** 1031 Le Grand Blvd. Charleston, SC 29492 | **Trade debt** | | **140,800.44** |
| **Phoenix Int'l Freight Services Ltd** 18150 E. 32nd Place Suite C Aurora, CO 80011-3327 | **Phoenix Int'l Freight Services Ltd** 18150 E. 32nd Place Suite C Aurora, CO 80011-3327 | **Broker** | **Disputed** | **81,764.93** |
| **Pitney Bowes** PO Box 856042 Louisville, KY 40285-6042 | **Pitney Bowes** PO Box 856042 Louisville, KY 40285-6042 | **Postage** | | **3,571.15** |
| **R3 Sport** 2648 Kinghorn Place Henderson, NV 89044-8796 | **R3 Sport** 2648 Kinghorn Place Henderson, NV 89044-8796 | **Trade debt** | **Disputed** | **65,000.00** |
| **Raines Feldman** 9720 Wilshire Blvd. Beverly Hills, CA 90212 | **Raines Feldman** 9720 Wilshire Blvd. Beverly Hills, CA 90212 | **Legal work** | | **26,075.15** |
| **Ridley, McGreevy & Weisz, P.C.** 303 16th Street Suite 200 Denver, CO 80202 | **Ridley, McGreevy & Weisz, P.C.** 303 16th Street Suite 200 Denver, CO 80202 | **Legal work** | | **74,610.06** |
| **Rydan Trading Inc.** 2772 Dufferin Street Toronto, ON Canada, M6B 3R7 | **Rydan Trading Inc.** 2772 Dufferin Street Toronto, ON | Trade debt | | **10,843.85** |
| **Sherman & Howard LLC** 633 17th Street Suite 3000 Denver, CO 80202 | **Sherman & Howard LLC** 633 17th Street Suite 3000 Denver, CO 80202 | **Legal work** | | **11,613.55** |
| **Sprint Press Denver** PO Box 390084 Denver, CO 80239 | **Sprint Press Denver** PO Box 390084 Denver, CO 80239 | **Catalogues** | | **10,983.47** |
| **Towering Above Group Ltd. (Minh Tree)** 9th Floor, Nbo 8 Lane 609 Sec 5 Chung Zhsin Rd. San Chung City, Taipei Hsien,TAIWAN,ROC | **Towering Above Group Ltd. (Minh Tree)** 9th Floor, Nbo 8 Lane 609 Sec 5 Chung Zhsin Rd. | **Trade debt** | **Disputed** | **356,931.81** |

B4 (Official Form 4) (12/07) - Cont.
In re   **Nacabi Trading Inc.**                                                    Case No.   11-32325-PGH
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 9, 2011**                    Signature   **/s/ Mark S. Banks**
                                                         **Mark S. Banks**
                                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                          Best Case Bankruptcy