8:46 AM
08/09/11
Accrual Basis

# Nacabi Trading Inc.
# Balance Sheet
## As of June 30, 2011

|  | Jun 30, 11 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1005 · RBC - OP #2209 | 5,238.91 |
| 1008 · First Bank of Lakewood | 4,294.21 |
| 1010 · RBC #710 002-429-8 | 3,373.61 |
| 1015 · RBC - MM #2217 | 48.51 |
| 1018 · Wachovia | 100.00 |
| 1020 · Petty Cash | 600.00 |
| **Total Checking/Savings** | 13,655.24 |
| **Other Current Assets** | |
| 1201 · AR Total | |
| 1200 · Accounts Receivable - House | 15,582.38 |
| 1202 · Porter Purchased AR | 311,691.02 |
| **Total 1201 · AR Total** | 327,273.40 |
| 1960 · AR Variance | 262,471.55 |
| 1221 · Due from Jensan Apparel | 58,974.27 |
| 1315 · Prepaid Expenses | 29,579.29 |
| 1316 · Commission Advance | 32,375.30 |
| 1360 · Brochures | 24,863.62 |
| 1362 · Samples | 35,191.59 |
| 1363 · Deferred Expense - Trade Show | 70,520.57 |
| 1430 · Inventory | 416,048.87 |
| 1435 · Inventory Variance | 98,684.40 |
| 1950 · Deposits-Inventory | 364,881.86 |
| 1952 · Deposits-Other | 3,200.00 |
| **Total Other Current Assets** | 1,724,064.72 |
| **Total Current Assets** | 1,737,719.96 |
| **Fixed Assets** | |
| 1770 · Computer Equipment | 5,257.22 |
| 1775 · Computer Software | 3,592.34 |
| 1780 · Furniture and Equipment | 4,560.00 |
| 1800 · Accumulated Depreciation | -1,450.54 |
| **Total Fixed Assets** | 11,959.02 |
| **Other Assets** | |
| 1900 · Financing Origination Fee | 10,395.00 |
| 1905 · A/A - Deferred Costs | -10,395.00 |
| 1910 · Organizational Costz | 8,535.65 |
| 1915 · A/A Organization Costs | -5,117.50 |
| **Total Other Assets** | 3,418.15 |
| **TOTAL ASSETS** | 1,753,097.13 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2005 · Account Payable | 400,352.35 |
| **Total Accounts Payable** | 400,352.35 |

8:46 AM
08/09/11
Accrual Basis

# Nacabi Trading Inc.
## Balance Sheet
### As of June 30, 2011

|  | Jun 30, 11 |
|---|---:|
| **Other Current Liabilities** |  |
|   2100 · Accrued Expense |  |
|     2125 · Accd Officers Compensation-MSB | 22,500.00 |
|     2101 · Accrued Consulting Expense | 62,499.99 |
|     2102 · Accrued Porter Factoring Fees | 4,776.53 |
|     2103 · Accrued Other | 3,725.06 |
|     2104 · Accrued-Vendor(Inv received) | 447,031.63 |
|     2105 · Accrued Commissions | 31,309.78 |
|     2110 · Accrued Payroll Liabilities | 17,241.43 |
|     2115 · Accrued Interest | 107,904.00 |
|     2120 · Accrued Income Taxes | 14,148.00 |
|   Total 2100 · Accrued Expense | 711,136.42 |
|   2140 · Payroll Liabilities | -1,708.37 |
|   2200 · Payable - PG-USA, Inc. |  |
|     2205 · Dated Inventory Sales | -56,060.49 |
|   Total 2200 · Payable - PG-USA, Inc. | -56,060.49 |
|   2250 · Porter Adv (Net Funds Employed) | 264,350.36 |
| **Total Other Current Liabilities** | 917,717.92 |
| **Total Current Liabilities** | 1,318,070.27 |
| **Long Term Liabilities** |  |
|   2310 · Note Payable - P.P.H.I Inc. |  |
|     2312 · PPHI - Term Loan | 278,888.38 |
|     2314 · PPHI - New Cr Line | 1,514,598.10 |
|   Total 2310 · Note Payable - P.P.H.I Inc. | 1,793,486.48 |
|   2300 · Note Payable - Shareholders |  |
|     2305 · Mark Steven Banks | 62,605.12 |
|   Total 2300 · Note Payable - Shareholders | 62,605.12 |
| **Total Long Term Liabilities** | 1,856,091.60 |
| **Total Liabilities** | 3,174,161.87 |
| **Equity** |  |
|   3000 · Common Stock | 90.00 |
|   3200 · Retained Earnings | -462,893.38 |
|   Net Income | -958,261.36 |
| **Total Equity** | -1,421,064.74 |
| **TOTAL LIABILITIES & EQUITY** | 1,753,097.13 |